MHN

**RECEIVED**

MAR 25 2008
3-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN       DIVISION

AR-RAAFI NICHOLS               )
                               )
        PLAINTIFF,             )
                               )         Case No.
                               )
                               )         Judge;
                               )
ROGER E.WALKER.JR.             )
ROGER D.COWAN                  )
BUTCH ELLIS                    )
                               )         08CV1737
        DEFENDANTS.            )         JUDGE ANDERSEN
                               )         MAGISTRATE JUDGE NOLAN
                               )
                               )
                               )
                               )
                               )

COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S.Code.

---

This is a civil action filed by Ar-Raafi Nichols for monetary relief both compensatory and punitive under 42 U.S.C.1983. Alleging deliberate indifference to a serious medical need, conspiricy, gross neglegence, denial of medical attention causing unnessary pain and suffering in violation of eighth (8) and fourteenth (14) amendmaent of the U.S.Constitution.

The Court has jurisdiction over the plainttiffs claim of violation of Federal Constitutional right under 28 U.S.C.1331 and 1343.

This plaintiff now states that each named defendant acted under the color of state law at all times relevent to this claim and are sued in their individual and offical capacitys.

Plaintiff's:

Name: AR-RAAFI NICHOLS

List all aliases: None.

Prisoner identification number: B-79295.

Place of confinement: STATEVILLE CORRECTIONAL Ctr.

Address: P.O.BOX,112,Rt-53,JOLIET,IL,60434


Defendant's: ROGER E.WALKER.JR

Title: Director,IDOC,Illinmois Department of Corrections.

Place of employment: Department of Corrections,
              1301 Concordia Court,P.O.BOX,19277,
              Springfield,Illinois,62794-9277.

Defendant; ROGER D.COWAN,

Title: Warden,MENARD CORRECTIONAL Ctr,

Place of employment: MENARD CORRECTIONAL Ctr,
              P.O.BOX,711
              Menard,IL,62259.

Defendant: BUTCH ELLIS,

Title: Food Supervisor.

Place of employment: MENARD CORRECTIONAL Ctr.
              P.O.BOX,711,
              Menard,IL,62259.

Exhaustion of Administrative Remedies:

Plaintiff states that he filed his grievance in a timely manner. Sending the grievance to his counselor. Plantiffs grievance was sent back to him with no responce by his counselor. Plaintiff was directed to send his grievance to the grievance officer, Plaintiff was then directed to send his grievance to the administrative review board, plaintiff complied.

Plaintiff states that he was given the adminstrative run a round. And was told that his grievance was filed outside of the time limit of sixty (60) DAY"S.

Plaintiff states that there were no positive responce to his timely filed grievance.

See exhibit (1) OFFENDERS GRIEVANCE..........

Plaintiff states that the grievance procedure is now complete.

Exhaustion of Administrative Remedies:

I filed a grievance about the issue on 4-30-06 because my letters to the warden went unresponded to. And the fish patty's were still being served to us after the administration having knowledge of the incident that caused my injury's. The grievance was sent back to me without a responce. I then sent the grievance to the grievance officer, Tyone Murray, and it was once again denied without a responce. I then sent the grievance to Springfield Illinois and still recieved no responce. See Attached grievance and responce.

(3A)

List All Lawsuits if any filed in any state or federal court including the Central and Southern Districts of Illinois:

Plaintiff states he has filed no lawsuits in the state of Illinois to include the Central and Southern Districts of Illinois or in any other federal court in the United States of America.

(4)

Statement of Claim;

(1). On December 23, 2005, 7 gallery out of the south uppper unit at Menard Correctional Ctr was escorted to the north dinning hall for lunch, Officer Kiem was the escorting officer at the time of this incident along with fifty (50) or so inmates.

(2). Upon entering the dinning room, I was given a lunch tray with fish patty and other food stuffs. Once seated I prepared my fish patty into a sandwich and began to eat it. Half way through eating my sandwich, I kept hearing a loud crunching sound and feeling hard peices of what I thought was food grinding into my teeth and irritating my gums and the roof of my mouth.

(3). I continued to eat and chew my food thinking nothing of it. I thought that the fish was just over cooked and crunchy. But I took another bite into my fish sandwich and a very sharp pain shot through my teeth and mouth which caused me to spit out the food into my tray.

(4). As I looked down at what I just spit out of my mouth I noticed many small pieces of glass. I then examined the rest of my fish patty and found that it was also filled with many more particals of what appered to be glass.

(5). These small pieces of glass caused this plaintiff severe pain and discomfort. It caused the plaintiff to break two (2) teeth several cuts and abrasion in his mouth.

(6). Plaintiff states that he took his tray with the remaining food stuff's filled with glass to the officer in charge of the dinning hall and the escorting officer Kiem. Officer Kiem called the food supervisor whom took my food and examined it. Supervisor Ellis along with Officer broke open the remaining fish patty and found many more shards of glass.

(5)

(6). glass .Plaintiff states that he then asked each of the Officers to escort him to the medical unit to see a doctor as his plaintiff was exsperincing sevre pain and was bleeding from his mouth.Niether of the Officers responded to the plaintiffs request to see a doctor.Food supervisor Ellis took the remaining food back to the food service area and the unit was escorted back to the cell house.

(7) Plaintiff states that once he was back at the cell house the unit supervisor was informed of the incident that occured in the dinning room regarding glass being found in the plaintiffs food.LT:Knop the unit supervisor ordered Officer Kiem to escort the plaintiff to the health care unit #mediatly.

(8). Plaintiff states that he was escorted to the health care unit some forty minutes after the incident with the glass took place.Plaintiff was not seen by a doctor but by a nurse nor was plaintiff seen by a dentis even though plaintiffs teeth were broken and the injury were mostly to his mouth.

(9). The nurse gave palintiff some pain pills(tylonol)and asked the plaintiff to let her know if the plaintiff passed any blood in his stool.Plaintiff states that he was escorted back to the cell house without seeing a doctor or a denist.

(10) Plaintiff states that the Officers and the health care unit nurse were delibertly indifferent to his serious medical needs by not allowing him to examined by a doctor or a dentist. And causing this plaintiff to suffer unnessarily from the injuries sustainded from chewing glass in his food.

(11). Plaintiff states that after seeing the nurse at Menard health care unit on December 23, 2005, plaintiffs gums and mouth became very painful and swollen. Plaintiff states that his teeth began to hurt serverly. For nearly two(2) months plaintiffs submitted request to see a doctor and denist in regards to injury's he sustained and the severe pain he was suffering from the glass he injested and chewed in his food .

(12). Plaintiff states that as time passed on his pain only got more intense and his request for medical treatment went unanswered. All in violation of his constitutional right to be free from unnesary pain and suffering in accordance to the eighth amendment of the U.S. Constitution. This plain- states that the defendants were all aware of this plaintiffs injurys, pain and suffering by and through the numerous request to medical personal and the numerous written request submitted to the Menard health care unit. The lack of treat- ment and or responce to request for treatment shows that all of the defendants herein were at all times aware of plaintiffs medical issue's yet choose to ignore them by not responding and causing this plaintiff to suffer unnessarly demonstraites deliberate indifference to a serious medical need in violation of the fourteenth amendment of the U.S. Constitution.

(13). Plaintiff states that in Febuary of 2006 he finaly saw a dentist about the pain in his mouth. After the examination the denist found that this plaintiffs tooth had to be removed and the glass he chewd caused the plaintiff severe nerve damage. Plaintiff state that had he been treated at a earlier time he would not have lost his tooth, suffered the intense pain or ended up with nerve damage.

Relief:

(A). Issue a declaratory Judgement that all defendants violated the plaintiffs constitutional rights and 42 U.S.C.1983.

Award plaintiff compensatory damages in the amount of $300.000. from each defendant and punitive damages in the amount of $50.000 from each defendant.

Award court cost and filing fee's to the plaintiff.

Award any other relif the court deems apropiate and just.

I declare under the penalty of perjury that all facts herein are true and correct to the best of my knowledge and belife.

Signed this_____day of_____

_____

_____
I.D.Number.

_____

_____

_____

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

TOOTHACHE                                    SU 7-35

Offender Information:

Last Name: Nichols   First Name: Anafi   MI: ___   ID#: B79295

| Date/Time | CMT/RN NOTE: Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/12/06 1:15p | S) Onset: Since D/C  Duration: already seen dental for s/s<br>Location of pain: L lower jaw<br>Describe Pain: (1-10 severe) S/2 6 "off v on"<br>Sensitivity/Degree of Pain:<br>Pressure (pt. push w/finger on tooth) Y (N)<br>Hot relieved by cold:  Y  N  unchanged<br>Hot Only: Y  N  Sweet: Y  N  Cold: Y  N<br>unchanged  unchanged  unchanged<br>Last Dental Exam: 1/27/06<br>Treatment: PCN + motrin<br>Restricted jaw movement:  Y  (N)<br>Recent trauma in area:  Y  (N) Date:<br>Describe: ___ S/R NKDA<br>O) T 98 P 88 R 16 BP 110/70<br>Restricted jaw movement:  Y  (N)<br>Swelling of mouth:  Y  (N) Nonvisible<br>Location: ___ Perioral Tissue: Y (N)<br>Base of Tooth:  Y  (N)  Gums:  Y  (N)<br>Condition of teeth: Multiple fillings<br>Describe: but no visible bleeding<br>or open area<br>Condition of gums:<br>Color: pink + moist<br>Wisdom Teeth: none visualized<br>Severe pain/swelling:  Y  (N)<br>S/R pain is consistent + still has<br>not been sent back to dental<br>for following S/R difficulty eating<br>on left side because such ↑ pain<br>A) Alt in comfort | P. REFER TO DENTIST<br>severe pain, swelling,<br>discharge, foul smell,<br>restricted jaw movement, or<br>S/P trauma. If no Dentist<br>on site, refer to MD<br><br>NO DDS REFERRAL:<br>1) Topical cold compress<br>2) ASA/Tylenol 2 every 4-6°<br>   prn for pain<br>3) Assess $2.00 co pay<br><br>PATIENT TEACHING:<br>1. Avoid extreme hot or cold<br>   substance.<br>2. Medication instruction<br>3. Stop smoking-could cause<br>   infection<br>4. F/U with DDS in 2 days<br>   if no relief of symptoms<br>5. Patient teaching sheet<br>   regarding toothache given<br>   and reviewed with inmate.<br>6. Complete injury report<br>   if applicable<br>chew food + drink<br>on non affected side<br>Referred to dental<br>to see Tuesday<br>A Masher RN |

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Outpatient Progress Notes

_____Menard Corr._____ Center

**Offender Information:**
Last Name: Nichols  First Name: Arvaafi  MI: ___  ID#: B79295

| Date/Time | Cnt Note — Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-23-05<br>11:15am<br>BP 130/80<br>P 78<br>R 16<br>T 97⁴ | (S) Pt. escorted to HCU for c/o eating glass accidently in the fish. s/r's ate ½ of fish patty then saw the glass. s/r's no abdm. pain. (O) V/S at left. Pt. showing no abnormal symptoms. No other complaints. No mouth cuts (A) Alt. in Comfort level | (P) Refer to mo for eval. |
| 12/23/05<br>1125A<br><br>JS<br>VS<br>above | NP note<br>S: Presents for c/o possibly swallowed a piece of glass while eating @ chow. Pt. states was eating a piece of fish and heard a crunch then spit out contents onto plate. Denies pain or bleeding @ the present time.<br>O: Gen - NAD A&O x3 | P: ① F/u prn.<br>② Contact HCU Staff if abd pain, blood in stool; IM Verbalized understood<br>③ Reassurance given<br><br>R. Pollin, CM |

over

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____Menard_____ Center

Offender Information:
Last Name: Nichols   First Name: A Rraafi   MI:   ID#: B79295

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/23/05 | NP note | |
| 1125A | O: ⊘ bleeding in oral cavity ⊘ abd pain | |
| | A: s/r possible injection of small glass particle. | R Pillar cw ℞ Pillim cw |
| 1/12/06 4am | RN NOTE: Tubersol 0.1cc intradermal left forearm Lot# C2078AA Expiration Date 4-5-07 E. McClaren | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

| Date | Service Rendered | D.D.S. Signature | Date | Service Rendered | D.D.S. Signature |
|---|---|---|---|---|---|
| 11/9/04 | R&C EXAM, PANX, ORAL HYGIENE INSTRUCTIONS GIVEN | [signature] DDS | | | |
| 11-22-04 | Chart/x-ray review | [signature] | | | |
| 1-3-06 12:50pm | 2 YR EXAM Pano IVa chcl n DDS to pt # 19 wk | [signature] | | | |
| | to denser Sx plts [illegible] co-pay | [signature] | | | |
| 1/27/06 | Called Op B-Trail #17- Tooth painful and tissue swollen. Pt. new UKSDDS + abx notriousmycile NV-EX #17 (surgical?) | [signature] | | | |
| | **Co-Pay Applied** | | | | |
| 2/15-06 1:10 pm | Rmvd 10x1(A) Eleuter #19 css Suging Obu Rmvt L.D.A. Movement Apounder | [signature] | | | |
| 2/23/06 12:35 pm | auto cl h Exam #17 Consent Signed and Chcl 2ⁿᵈ Injection 1100 mg Epi. 4 lidoc #17 - Forcep Elevator Extracts Pt. tolerated Procedure well. Put 4x4 Gauze Over to pt Gelfoam placed in Socket in Socket Soan/t/A [illegible] | [signature] | | | |
| | **Co-Pay Exempt** Placed 0 2x1 C-st. | | | | |

DC 7126 (Rev. 10/87)
IL 426-0018

# ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

**Date:** 4-30-06  
**Committed Person (Please Print):** Arrasfi Nichols  
**ID#:** B74295  
**Present Facility:** Menard Correctional Center  
**Facility where grievance issue occurred:** Menard Corr. Center

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability     85-5-06
- [ ] Staff Conduct
- [x] Dietary
- [ ] Medical Treatment
- [ ] Other (specify): _____
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Disciplinary Report: ___/___/___  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 12-23-05 I was escorted to the Menard Correctional Center Health Care unit for eating glass that was in a serving of fish patty that I was given to eat. The glass was only noticed by myself after I had digested more than one bite of said fish patty. The fish patty in question was given to me from the Dietary serving line. And within minutes after the first examination I experienced severe pain in my mouth off and on. Everyday I place my life and health in the hands of the Dietary Services here each time that I eat a meal.

**Relief Requested:** Do to menard dietary negligence, per my injuries request $300,000.00

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Committed Person's Signature:** Arrafi R. Nichols  **ID#:** B-74295  **Date:** 04/30/06

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** 5/5/06  
- [ ] Send directly to Grievance Officer  
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Offenders have 60 days to file a grievance from the date of the incident. This grievance is outside of this time limit and is therefore moot.

**Print Counselor's Name:** J. Hamilton  **Counselor's Signature:** J. Hamilton  **Date of Response:** 5/9/06

### EMERGENCY REVIEW

**Date Received:** ___/___/___  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No, an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

**Chief Administrative Officer's Signature:** _____  **Date:** ___/___/___

Distribution: Master File; Committed Person     Page 1     DOC 0046 (Eff.10/2001)
(Replaces DC 5657)
Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: May 18, 2006    Date of Review: May 19, 2006    Grievance # (optional) 85-5-06

Offender: Araafi Nichols    ID#: B79295

Nature of Grievance: Dietary

Facts Reviewed: Inmate grieves that on 12/22/05 he was escorted to HCU for eating glass which was in a serving of fish patty that he was given to eat.

DR 504 states: a grievance shall be filed within 60 days after the discovery of the incident, occurrence, or problem which gives rise to the grievance.

Recommendation: Grievance denied. Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.

Tyone Murray
Print Grievance Officer's Name    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: May 19, 2006    [X] I concur    [ ] I do not concur    [ ] Remand

Comments:

_Don Hulick_    5/19/06
Chief Administrative Officer's Signature    Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature    ID#    Date

Distribution: Master File; Offender    Page 1    DOC 0047 (Rev. 3/2005)
Printed on Recycled Paper

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

**JUVENILE**

Existing Restorations and Missing Teeth

Treatment Needed and Completed Restorations

Inmate/Student Name: 
Inmate/Student I.D. #: B79295 NICHOLS, ARRAAFI
Reception Facility: Age: 28
Panorex: Race: B
DOB: 01/27/1976
Sex: M

☐ ly at R&C
☐ ___am at receiving institution
☐ Schedule immediately at receiving institution

Screening: 
DDS sig: 
JRC 11/09/2004

**Public Health Classification Screening Dates**

| | | Pathology |
|---|---|---|
| Endodontics | | |
| Oral Surgery | | |
| Periodontics | | |
| Operative | | 23,5,17,8 |
| Prosthetic | | |

Receiving Inst.: 
Dentist: 
Date: 1-13-0_

**MEDICAL HISTORY AND REMARKS** — Yes / No / Current Medication
- Cardio Vascular Disease
- Pulmonary Disease/Asthma
- Diabetes
- Epilepsy
- Hepatitis: hep A
- V.D. (Type ___)
- Allergies (Type ___)

## TREATMENT NEEDED – COMPLETED RESTORATIONS

(tooth chart numbered 1–32, adult dentition)

## ADULT

EXISTING RESTORATIONS & MISSING TEETH
(tooth chart numbered 1–16)

# STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

Inmate/Student Name:
Inmate/Student I.D. #: B79295   NICHOLS, ARRAAFI
Reception Facility   Age: 23   DOB: 01/27/1976
Panorex   Race: BLK   Sex: M
JRC 11/09/2004

Screening
DDS sig

## Public Health Classification Screening Dates

| | | Pathology |
|---|---|---|
| Endodontics | | |
| Oral Surgery | | |
| Periodontics | | |
| Operative | | 23, 5, 17, 18 |
| Prosthetic | | |

☐ ...ly at R&C ...am at receiving institution
☐ Schedule immediately at receiving institution

Receiving Inst.
Dentist
Date

### MEDICAL HISTORY AND REMARKS

| | Yes | No | Current Medication |
|---|---|---|---|
| Cardio Vascular Disease | | ✓ | |
| Pulmonary Disease/Asthma | | ✓ | |
| Diabetes | | | |
| Epilepsy | | ✓ | 98' |
| Hepatitis | | | |
| V.D. (Type ___) | Hep-A | | |
| Allergies (Type ___) | | | |

## Existing Restorations and Missing Teeth

## Treatment Needed and Completed Restorations

## TREATMENT NEEDED — COMPLETED RESTORATIONS

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

## ADULT

### EXISTING RESTORATIONS & MISSING TEETH

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
R   L