**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** AR-RAAFI NICHOLS | **Defendant(s):** ROGER E. WALKER, JR., et al. |
| **County of Residence:** WILL | **County of Residence:** |
| **Plaintiff's Address:** Ar-Raafi Nichols<br>B-79295<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434 | **Defendant's Attorney:** Illinios Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60604 |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV1737
JUDGE ANDERSEN
MAGISTRATE JUDGE NOLAN

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *Q. E. Woodham*  **Date:** 03/25/2008


FILED MAR 25 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT