AO 240 (Rev. 9/96)　　　　　　　MHN

# UNITED STATES DISTRICT COURT

Northern　　　　　District of　Illinois Eastern Division

**FILED**
MAR 2 5 2008
3-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ar-Raafi Nichols
　Plaintiff

v.

Roger E. Walker, JR
Roger D. Cowan
Butch Ellis
　Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE　08CV1737
JUDGE ANDERSEN
MAGISTRATE JUDGE NOLAN

I, Ar-Raafi Nichols, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant　　　☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?　☒ Yes　☐ No　(If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Stateville Correctional center

    Are you employed at the institution?  NO　　Do you receive any payment from the　　Yes

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?　☐ Yes　☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    Sept/2006  $30.00 a month  Menard correctional center P.O. Box 711 Menard Ill. 62259-0711.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☒ | ☐ |
    | f. | Any other sources | ☐ | ☒ |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

mother sends me $20.00 a month - (Sharon Allison) Expect to continue to recieve $20.00 a mother lord willing.

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Raishen Nichols - Daughter
   Minnie Nichols - Daughter
   Nakeesha Nichols - Daughter
   Send them each ten dollars, whenever it's possible for me to do so.

I declare under penalty of perjury that the above information is true and correct.

_____        /s/ Raafi R. Nichols
Date                          Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

certify that the applicant named herein has the sum of $ ___30.38___ on account to his/her credit a name of institution) __Stateville Correctional Center__. I further certify that the applican as the following securities to his/her credit: _____

urther certify that during the past six months the applicant's average balance was $ __54.33__

__1-4-08__                     T. _____
Date                          Signature of Authorized Officer

# BUSINESS OFFICE REQUEST

NAME OF INMATE  __Nichols__  NUMBER __B79295__  CELL _____

A) PROBLEM OR AREA OF INQUIRY (Please circle)

   1 - CURRENT BALANCE

   2 - AUDIT

   3 - COMMISSARY CLAIM

   4 - VOUCHER TRACE

   5 - OTHER

B) INFORMATION RELATING TO THE PROBLEM OR REQUEST

   (See Attached)

C) COUNSELOR: __C Cannon__  DATE: __1/3/08__  CASEWORK SUPERVISOR: _____ DATE: _____

D) BUSINESS OFFICE RESPONSE




SIGNATURE: _____  DATE: _____

RETURN FORM TO CLINICAL SERVICES

DCA 2691  IL 426-12906 (Revised 3/96)

Date: 1/4/2008
Time: 2:42pm
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 07/04/2007 thru End;     Inmate: B79295;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: B79295 Nichols, Arraafi**                                **Housing Unit: STA-C -08-56**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 0.00 |
| 09/24/07 | Mail Room | 04 Intake and Transfers In | 267237 | 81810 | Menard C.C. | 57.40 | 57.40 |
| 10/03/07 | Mail Room | 01 MO/Checks (Not Held) | 2762164 | 18-779890917 | Allison, Sharon | 40.00 | 97.40 |
| 10/04/07 | Mail Room | 01 MO/Checks (Not Held) | 2772164 | 11640209556 | Allison, Sharon | 10.00 | 107.40 |
| 10/04/07 | Mail Room | 01 MO/Checks (Not Held) | 2772164 | 08-706993881 | Allison, Robert | 10.00 | 117.40 |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282190 | | P/R month of 09/2007 | 3.74 | 121.14 |
| 10/15/07 | Point of Sale | 60 Commissary | 288781 | 510102 | Commissary | -29.53 | 91.61 |
| 10/17/07 | Disbursements | 88 payment | 290390 | Chk #136740 | C1017002, Gibson, Minnie, Inv. Date: 10/17/2007 | -30.00 | 61.61 |
| 10/22/07 | Point of Sale | 60 Commissary | 295781 | 511259 | Commissary | -42.65 | 18.96 |
| 10/23/07 | Mail Room | 04 Intake and Transfers In | 296237 | 82306 | Menard C.C. | 4.76 | 23.72 |
| 10/24/07 | Disbursements | 80 Postage | 297390 | Chk #136843 | C1023190, DOC: 523 Fund Inmate, Inv. Date: 10/23/2007 | -.75 | 22.97 |
| 10/31/07 | Disbursements | 80 Postage | 304390 | Chk #136948 | dg1030040, DOC: 523 Fund Inmat, Inv. Date: 10/30/2007 | -.41 | 22.56 |
| 11/07/07 | Disbursements | 80 Postage | 311390 | Chk #137035 | C1106107, DOC: 523 Fund Inmate, Inv. Date: 11/06/2007 | -.41 | 22.15 |
| 11/07/07 | Mail Room | 01 MO/Checks (Not Held) | 3112164 | 11640212818 | Allison, Sharon | 30.00 | 52.15 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 10.00 | 62.15 |
| 11/13/07 | Point of Sale | 60 Commissary | 3177142 | 513311 | Commissary | -31.46 | 30.69 |
| 11/14/07 | Disbursements | 80 Postage | 318390 | Chk #137103 | j1108094, DOC: 523 Fund Inmate, Inv. Date: 11/08/2007 | -.41 | 30.28 |
| 11/14/07 | Disbursements | 80 Postage | 318390 | Chk #137103 | C1113046, DOC: 523 Fund Inmate, Inv. Date: 11/13/2007 | -.41 | 29.87 |
| 11/15/07 | Disbursements | 80 Postage | 319390 | Chk #137203 | j1114203, DOC: 523 Fund Inmate, Inv. Date: 11/14/2007 | -.41 | 29.46 |
| 11/20/07 | Point of Sale | 60 Commissary | 3247135 | 514546 | Commissary | -1.00 | 28.46 |
| 11/20/07 | Mail Room | 01 MO/Checks (Not Held) | 324291 | 219840 | Thompson, James | 25.00 | 53.46 |
| 11/20/07 | Mail Room | 01 MO/Checks (Not Held) | 324291 | 1714110 | Allison, Sharon | 10.00 | 63.46 |
| 11/20/07 | Mail Room | 01 MO/Checks (Not Held) | 324291 | 1714109 | Nichols, La Keesha | 30.00 | 93.46 |
| 11/21/07 | Mail Room | 01 MO/Checks (Not Held) | 3252164 | P1558946 | Todd, Betty | 15.00 | 108.46 |
| 11/22/07 | Disbursements | 80 Postage | 326390 | Chk #137269 | 1119299, DOC: 523 Fund Inmate, Inv. Date: 11/19/2007 | -.41 | 108.05 |
| 11/22/07 | Disbursements | 88 magazine | 326390 | Chk #137285 | C1119024, King , Inv. Date: 11/19/2007 | -9.94 | 98.11 |
| 11/22/07 | Disbursements | 88 payment | 326390 | Chk #137293 | C1119016, Buck Shot Photos, Inv. Date: 11/19/2007 | -18.00 | 80.11 |
| 11/28/07 | Disbursements | 84 Library | 332390 | Chk #137371 | j1127462, DOC: 523 Fund Inmate, Inv. Date: 11/27/2007 | -9.90 | 70.21 |
| 11/30/07 | Disbursements | 80 Postage | 334390 | Chk #137439 | g1129278, DOC: 523 Fund Inmate, Inv. Date: 11/29/2007 | -.41 | 69.80 |
| 11/30/07 | Disbursements | 80 Postage | 334390 | Chk #137439 | g1129250, DOC: 523 Fund Inmate, Inv. Date: 11/29/2007 | -1.23 | 68.57 |
| 12/04/07 | Point of Sale | 60 Commissary | 338781 | 515728 | Commissary | -5.21 | 63.36 |
| 12/04/07 | Disbursements | 80 Postage | 338390 | Chk #137461 | g1204107, DOC: 523 Fund Inmate, Inv. Date: 12/04/2007 | -.41 | 62.95 |
| 12/04/07 | AP Correction | 80 Postage | 338590 | Chk #137461 Voided | g1204107 - DOC: 523 Fund Inmat | .41 | 63.36 |
| 12/04/07 | Disbursements | 80 Postage | 338390 | Chk #137465 | g1204107, DOC: 523 Fund Inmate, Inv. Date: 12/04/2007 | -.41 | 62.95 |
| 12/06/07 | Disbursements | 80 Postage | 340390 | Chk #137493 | g1205247, DOC: 523 Fund Inmate, Inv. Date: 12/05/2007 | -.41 | 62.54 |
| 12/10/07 | Point of Sale | 60 Commissary | 344781 | 516681 | Commissary | -49.41 | 13.13 |
| 12/10/07 | Mail Room | 01 MO/Checks (Not Held) | 344237 | 11370640904 | Allison, Sharon | 20.00 | 33.13 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 8.84 | 41.97 |

Date: 1/4/2008
Time: 2:42pm

d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 07/04/2007 thru End;   Inmate: B79295;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B79295 Nichols, Arraafi**                       **Housing Unit: STA-C -08-56**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/14/07 | Disbursements | 80 Postage | 348390 | Chk #137609 | g1212125, DOC: 523 Fund Inmate, Inv. Date: 12/12/2007 | -.41 | 41.56 |
| 12/18/07 | Point of Sale | 60 Commissary | 3527135 | 518187 | Commissary | -39.13 | 2.43 |
| 12/18/07 | Disbursements | 80 Postage | 352390 | Chk #137727 | g1217041, DOC: 523 Fund Inmate, Inv. Date: 12/17/2007 | -2.05 | .38 |
| 12/26/07 | Mail Room | 01 MO/Checks (Not Held) | 3602164 | 57448184607 | Gipsonq, Minnie | 20.00 | 20.38 |
| 01/04/08 | Disbursements | 88 gift | 004390 | Chk #138011 | C0103011, Cell Shop, Inv. Date: 01/03/2008 | -16.29 | 4.09 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0042164 | 08-798587362 | Allison, Sharon | 50.00 | 54.09 |
| 01/04/08 | Point of Sale | 60 Commissary | 0047137 | 519866 | Commissary | -30.84 | 23.25 |

|   |   |
|---|---|
| Total Inmate Funds: | 23.25 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | -7.13 |
| Funds Available: | 30.38 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/01/2008 |  | Disb | Library refund | 2 DOC: 523 Fund Library | ($7.30) |
| 01/03/2008 | C0103053 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.17 |
|  |  |  |  | Total Restrictions: | ($7.13) |

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN    DIVISION


NOTICE OF FILING AND PROOF OF SERVICE


TO: The clerk of the U.S.DISTRICT COURT,NORTHERN DISTRICT OF
ILLINOIS,EASTERN DIVISION,219 South,DEARBORN,20th FLoor,
Chicago,IL,60604.

Please take notice that on ___19___ day of _March_ 2008,I AR-Raafi
Nichols placed in the mail at STATEVILLE CORRECTIONAL CTR (6)
six copies of a complaint under the civil rights act,title 42
section 1983 U.S.C to be severed upon listed defendants in acco-
rdance to the rules of Federal Civil Procedure.


_____
AR-RAAFI NICHOLS.B79295


Subscribed and sworn to before
me on the __19th__ of __Mar__ 2008

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Crystal L. Mason
Notary Public, State of Illinois
My Commission Exp. 11/10/2008