

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

May 29, 2008

Illinois Southern District Court
104 Melvin Price Federal Bldg and United States Courthouse
750 Missourri Avenue
East St. Louis, IL 62201

RE: Nichols v. Walker et al
Case No: 1:08-cv-01737

Dear Clerk:

Pursuant to the order entered by Judge Honorable Wayne R. Anderson, on May 15, 2008, the above record

- was electronically transmitted to United States District Court for the Southern District of Illinois at East St. Louis

- The following paper documents are being transferred to the court by certified mail. Document numbers:
  1 Complaint
  4 Post Marked Envelope

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/ Tiana Davis
      Deputy Clerk

Enclosures

New Case No. _____    Date _____

cc:   Non-ECF Attorneys and Pro se Parties