08CV1737

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Illinois Southern District Court<br>104 Melvin Price Federal Bldg and<br>United States Courthouse<br>750 Missourri Avenue<br>East St. Louis, IL 62201 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 8274 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED

JUN 0 5 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.



Office of Clerk of the U.S. District Court
219 South Dearborn
Chicago, IL 60604
08cv1737