



**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

May 29, 2008

**FILED**
JUN 1 3 2008  NR
Jun 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Illinois Southern District Court
104 Melvin Price Federal Bldg and United States Courthouse
750 Missourri Avenue
East St. Louis, IL 62201

RE: Nichols v. Walker et al
Case No: 1:08-cv-01737

08cv1737

Dear Clerk:

Pursuant to the order entered by Judge Honorable Wayne R. Anderson, on May 15, 2008, the above record

- was electronically transmitted to United States District Court for the Southern District of Illinois at East St. Louis

- The following paper documents are being transferred to the court by certified mail. Document numbers:
  1 Complaint
  4 Post Marked Envelope

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    /s/ Tiana Davis
       Deputy Clerk

Enclosures

New Case No. 08-388-DRH          Date 5/29/08 - case opened
                                 6/02/08 - paper docs rec'd

cc:    Non-ECF Attorneys and Pro se Parties

**CLERK**
**UNITED STATES DISTRICT COURT**
P.O. Box 249
EAST ST. LOUIS, ILLINOIS 62202

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Clerk, U.S. District Court
Northern District of IL
219 South Dearborn Street
Chicago, IL 60604



Hasler
Mailed From 62201 06/10/2008
$00.420
US POSTAGE

RECEIVED
JUN 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT